0203-7944

251047

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 19 PM 4:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY ZEIGLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4138** |
| **BP CORPORATION NORTH AMERICA INC. and BP AMERICA PRODUCTION COMPANY** | **SECTION "L"** |
| | **MAG. 5** |

### ANSWER TO PLAINTIFF'S ORIGINAL PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, BP America Production Company (incorrectly named as BP Corporation North America Inc. and BP America Production Company), sought to be made defendant herein, for answer to the Original Petition for Damages of plaintiff, Kelly Zeigler as follows:

### FIRST DEFENSE

Plaintiff's Petition fails to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

The Petition is barred by the applicable period of prescription and/or statute of limitations and/or laches.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## THIRD DEFENSE

**AND NOW**, without waiving any of the foregoing defenses, defendant answers the allegations of the Petition, categorically and by paragraph:

I.

BP America Production Company admits that it is a corporation authorized to do and doing business in the state of Louisiana. Except as admitted, the allegations contained in paragraph I are denied.

II.

The allegations contained in paragraph II are denied.

III.

The allegations contained in paragraph III are denied.

IV.

The allegations contained in paragraph IV, including subparts 1-12, are denied.

V.

The allegations contained in paragraph V are denied.

VI.

The allegations contained in paragraph VI are denied.

## FOURTH DEFENSE

Defendant denies the allegations of any unnumbered or misnumbered paragraphs and any allegations contained in the Petition which have not heretofore been addressed as well as those allegations contained in the Prayer for Relief.

(2)

## FIFTH DEFENSE

In further answering the Petition for Damages and as a separate and distinct defense, defendant avers that plaintiff's injury or injuries, if any, were solely and proximately caused by his own negligence and, as such, plaintiff is not entitled to any recovery.

## SIXTH DEFENSE

Defendant alleges and avers that any injuries and/or damages allegedly sustained by plaintiff as alleged in his Petition were caused by the negligence and/or fault of other persons and/or entities for whom this defendant is in no way responsible.

## SEVENTH DEFENSE

In the further alternative and only in the event that plaintiff establishes liability, which is specifically denied, defendant avers that plaintiff is contributorily or comparatively negligent and plaintiff's recovery herein is defeated or mitigated.

## EIGHTH DEFENSE

In the further alternative, defendant alleges and avers that plaintiff has failed to mitigate his alleged damages and recovery herein is defeated or mitigated.

## NINTH DEFENSE

Defendant further avers that if plaintiff sustained any injuries, which are denied, said injuries were caused or brought about by the ordinary risks incident to his occupation which were voluntarily assumed by plaintiff and for which defendant herein is in no way responsible.

(3)

## TENTH DEFENSE

Without waiving the above and foregoing, and further answering, if same be necessary, defendant avers the plaintiff's damages arose as a result of a pre-existing and/or subsequently developed physical and/or mental condition which was neither caused by nor aggravated by an act or omission of this defendant, thus barring or mitigating any recovery by plaintiff herein.

## JURY DEMAND

Defendant demands a trial by jury on all issues.

**WHEREFORE,** the premises considered, defendant, BP America Production Company, pray that this, its Answer be deemed good and sufficient and that after due proceedings had, there be judgment herein and in favor of defendant, BP America Production Company, and against plaintiff dismissing the Petition at plaintiff's cost and defendant be granted such other and further relief as equity and justice of the cause may require and permit.

_____
RONALD A. JOHNSON, T.A. (#7329)
SCOTT A. SHELTON (#28995)
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Attorneys for defendant, BP America Production Company

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served on opposing counsel, either by hand-delivery, facsimile transmission, or by placing same in the United States mail, properly addressed and postage prepaid, on this __19__ day of December, 2005.

_____