UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY ZEIGLER | CIVIL ACTION |
| VERSUS | NO. 05-4138 |
| BP CORPORATION NORTH AMERICA, INC. | SECTION: L |

JUDGMENT

Considering the Court's Order and Reasons dated October 3, 2006, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, BP America Production Company (incorrectly named as BP Corporation North America, Inc.), and against plaintiff, Kelly Zeigler, dismissing said plaintiff's complaint with prejudice and costs.

New Orleans, Louisiana, this __4th__ day of October, 2006.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**