U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED NOV 15 2007

LORETTA G. WHYTE
CLERK

DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 7 - 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

United States Court of Appeals
Fifth Circuit

**FILED**
October 11, 2007

Charles R. Fulbruge III
Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 06-31205

CV 05-4138 L

**KELLY ZEIGLER**

Plaintiff - Appellant

v.

**BP AMERICA PRODUCTION COMPANY**

Defendant - Appellee

---

Appeal from the United States District Court
for the Eastern District of Louisiana
2:05-CV-4138

---

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: NOV 0 1 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy

New Orleans, Louisiana   NOV 0 1 2007

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.