```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 15 2007

LORETTA G. WHYTE
        CLERK
```

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 7 – 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
        SHREVEPORT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 1, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-31205 Zeigler v. BP Amer Prodn Co
      USDC No.  2:05-CV-4138

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

The electronic copy of the record has been recycled.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                    By: _____
                        Angelique D. Batiste, Deputy Clerk
                        504-310-7808

cc: (letter only)
    Honorable Eldon E Fallon
    Mr David Christopher Whitmore
    Mr Peter L Hilbert Jr

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____